O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. PEREZ,<br><br>            Plaintiff,<br><br>      v.<br><br>C. BRADY, et al.,<br><br>            Defendants. | Case No.  2:19-cv-04309-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge to which no objections were filed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint with prejudice.

DATED:  May 12, 2020

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE