JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. PEREZ, | Case No.  2:19-cv-04309-VBF (KES) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| C. BRADY, et al., | |
| Defendants. | |

Final judgment is hereby entered in favor of all the defendants and against plaintiff Jose M. Perez.  IT IS SO ADJUDGED.

Dated:  May 12, 2020

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE